UNITED STATES OF AMERICA
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Docket No. 2:97-CV-509
                              Judge Inman

ALPINE INDUSTRIES, et al.,

    Defendant.

## SATISFACTION OF JUDGMENT
## AND RELEASE OF JUDGMENT LIEN

The United States of America, having received payment in full regarding the judgment entered on April 5, 2001, against ALPINE INDUSTRIES, et al., and WILLIAM J. CONVERSE, hereby satisfies and cancels said judgment of record. The United States hereby releases and authorizes cancellation of the judgment lien, as to Eva J. Converse as the transferee or nominee of William J. Converse, recorded in the Register's Office for Greene County, Tennessee, filed as BK 7T, PG 594.

                Respectfully submitted,

                WILLIAM C. KILLIAN
                United States Attorney

                By: *s/Helen C.T. Smith*
                      Helen C.T. Smith
                      Assistant United States Attorney
                      United States Attorney's Office
                      220 West Depot Street, Suite 423
                      Greeneville, Tennessee 37743

## CERTIFICATE OF SERVICE

      I hereby certify that on December 1st, 2014, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                              s/ Helen C.T. Smith
                                              Helen C.T. Smith
                                              Assistant United States Attorney